IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                            CRIMINAL NO. 2:08-cr-51-KS-MTP

ALTOREAN A. SPRUELL

### ORDER

BE IT REMEMBERED that on June 24, 2020, a Minute Entry was entered in the above styled case. A written Order is necessary, and the Court enters this Order to clarify the Minute Entry.

IT IS THEREFORE ORDERED that the Restitution payment of Altorean A. Spruell be, and the same is, hereby reduced to $125.00 per month effective June 24, 2020. Further, the Probation Officer supervising the Defendant shall give twenty-four (24) hours notice to Defendant prior to the time he is to appear before the Probation Officer.

SO ORDERED this the ___9th___ day of February, 2021.

                                                   ___s/Keith Starrett_____
                                                   UNITED STATES DISTRICT JUDGE